

FILED

MAY 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   CODY DRABBLE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
7
   Attorney for Defendant
8  GREGORY COOK
9
10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13
14
   UNITED STATES OF AMERICA,       ) Case No.: 2:10-mj-0057 DAD
15                                 )
              Plaintiff,           )
16                                 ) STIPULATION AND ~~PROPOSED~~ ORDER TO
        v.                         ) VACATE COURT TRIAL AND SET
17                                 ) BRIEFING SCHEDULE
   GREGORY COOK,                   )
18                                 )
              Defendant.           ) Date:  May 19, 2010
19                                 ) Time:  10:00 a.m.
   _____  ) Judge: Hon. Dale A. Drozd
20
21
22
   The United States of America, through Matthew Stegman, Assistant United
23
   States Attorney, together with defendant, Gregory Cook, by counsel
24
   Lauren Cusick, Assistant Federal Defender, stipulate to vacate the
25
   court trial set for May 19, 2010, at 9:00 a.m., and set this case for a
26
   motion hearing on July 27, 2010 at 10:00 a.m., pursuant to the
27
   following briefing schedule:
28

| | |
|---|---|
| 1 | The parties stipulate to the following briefing schedule: |
| 2 |     Defendant's Motion due . . . . . . . . . . . . . June 28, 2010 |
| 3 |     Government's Response due . . . . . . . . . . . July 12, 2010 |
| 4 |     Defendant's Reply due . . . . . . . . . . . . . . July 19, 2010 |
| 5 |     Motion Hearing . . . . . . . . . . July 27, 2010 at 10:00 a.m. |

7  The parties agree that the Court may set the court trial following the
8  motion hearing.

10  Dated:  May 18, 2010

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Lauren Cusick
                                           LAUREN CUSICK
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           GREGORY COOK

Dated:  May 18, 2010                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Matthew Stegman
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney

                                        ORDER

IT IS SO ORDERED.

Dated: 5/18/10

                                         _____
                                         HON. Dale A. Drozd
                                         United States Magistrate Court