| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MATTHEW C. STEGMAN<br>Assistant U.S. Attorney |
| 3 | ROBERT D. SWEETIN<br>Certified Law Clerk, Misdemeanor Unit |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 554-2936 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   ~~Cr~~. MJ No. S-10-057 DAD
                                    )
            Plaintiff,              )   [~~Proposed~~] *DAD* Order
                                    )
      v.                            )
                                    )
GREGORY COOK,                       )   DATE: August 31, 2010
                                    )   TIME: 10:00 a.m.
            Defendant.              )   JUDGE: Hon. Dale A. Drozd
_____)

It is Hereby Ordered that the plaintiff United States of America's motion to dismiss Cr. No. S-10-057 DAD is GRANTED.

IT IS SO ORDERED.

Dated: August 25, 2010

_____
Hon. DALE A. DROZD
United States Magistrate Judge